UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADCLIFFE MANYAN, SR., *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 1:23-cv-03192-TJK |

## NOTICE OF SUBSTITUTION OF APPEARANCE

　　Please withdraw the appearance of Assistant Attorney General Jhumur Razzaque and enter the appearance of Assistant Attorney General Christopher Pantel as counsel for Defendants District of Columbia and Anthony Mickens in the above-captioned matter.

Date:  July 23, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　STEPHANIE E. LITOS
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　*/s/ Alicia M. Cullen*
　　　　　　　　　　　　　　　　　　ALICIA M. CULLEN [1015227]
　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division, Section III

　　　　　　　　　　　　　　　　　　*/s/ Christopher Pantel*
　　　　　　　　　　　　　　　　　　CHRISTOPHER PANTEL [483073]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division
　　　　　　　　　　　　　　　　　　400 6th Street NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　202-746-7693
　　　　　　　　　　　　　　　　　　202-741-0588 (fax)
　　　　　　　　　　　　　　　　　　christopher.pantel@dc.gov

*Counsel for Defendants District of Columbia and Anthony Mickens*